**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ORISKA INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-768C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR STAY OF PROCEEDINGS**

Defendant respectfully moves this Court for a stay of proceedings until May 29, 2008, for the purpose of pursuing settlement negotiations. Plaintiffs consent to this motion. Defendant's answer is currently due on or before February 29, 2008.

During the next 90 days, the parties anticipate engaging in discussions designed to determine whether this case may be resolved without resort to further judicial review. Staying this litigation to give the parties an opportunity to resolve this matter without further briefing and formal discovery will conserve the parties' and this Court's resources and, pursuant to Rule 1 of this Court, promote the "just, speedy, and inexpensive determination" of this action. The parties require 90 days in order to allow the Government sufficient time to examine the allegations in the complaint as well as plaintiff's claimed damages before determining whether settlement will be possible.

To the extent this matter is not resolved by May 29, 2008, the parties shall submit a status report concerning the progress of settlement negotiations, and, if appropriate, proposing that the stay be continued to facilitated further settlement discussions, or, proposing a schedule for further proceedings, to include a date for defendant to submit its answer to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion to stay this case, pending the outcome of settlement negotiations, and to order that a joint status report be filed on May 29, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Martin F. Hockey Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/ Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624

February 26, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of February 2008, I caused to be filed electronically the foregoing DEFENDANT'S CONSENT MOTION FOR STAY OF PROCEEDINGS with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Carrie A. Dunsmore
CARRIE A. DUNSMORE