# In the United States Court of Federal Claims

No. 07-768C
(Filed: February 27, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
ORISKA INSURANCE COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's February 26, 2008 unopposed motion for a stay of proceedings so that the parties may pursue settlement. For good cause shown, the motion is granted to and including May 29, 2008. On or before that date the parties shall file a joint status report.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge