**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ORISKA INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-768C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's February 27, 2008 Order, the parties respectfully submit the following status report. On February 26, 2008, defendant, the United States, with the consent of plaintiff, Oriska Insurance Company, moved this Court for a stay of proceedings in this matter for the purpose of pursuing settlement negotiations. The parties have engaged in some settlement negotiations in this matter, and continue to do so, including a telephonic settlement conference scheduled for June 6, 2008. The parties believe that additional discussion regarding settlement would be beneficial, and may lead to a resolution of this matter without resort to judicial action. Accordingly, the parties request that the stay be continued for an additional 30 days to facilitate further settlement discussions. To the extent this matter is not resolved by June 28, 2008, the parties shall submit a status report concerning the progress of settlement negotiations, and, if appropriate, proposing that the stay be continued to facilitated further settlement discussions, or, proposing a schedule for further proceedings, to include a date for defendant to submit its answer to the complaint.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ James Kernan
JAMES KERNAN
Kernan Professional Group, LLP
1310 Utica Street
PO Box 750
Oriskany, NY 13424

Attorney for Plaintiff

/s/ Martin F. Hockey
MARTIN F. HOCKEY, JR.
Assistant Director

/s/ Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624
Attorneys for Defendant

May 29, 2008

CERTIFICATE OF SERVICE

I hereby certify that, on this 29th day of May 2008, I caused to be filed electronically the foregoing JOINT STATUS REPORT with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Carrie A. Dunsmore
CARRIE A. DUNSMORE