# In the United States Court of Federal Claims

No. 07-768C
(Filed: June 9, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
ORISKA INSURANCE COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' May 29, 2008 joint status report, this case remains suspended. On or before July 9, 2008, the parties shall file another joint status report regarding settlement.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge