**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ORISKA INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-768C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's June 9, 2008 Order, defendant respectfully submits the following status report.[1] On May 29, 2008, the parties filed a joint status report in this matter, asking the Court to continue the stay of the proceedings in this matter for the purpose of pursuing settlement negotiations. The parties have engaged in some settlement negotiations in this matter, and continue to do so, including a telephonic settlement conference on June 6, 2008, and other telephonic discussions regarding settlement. The parties believe that additional discussion regarding settlement would be beneficial, and may lead to a resolution of this matter without resort to judicial action. Accordingly, the parties request that the stay be continued for an additional 30 days to facilitate further settlement discussions. To the extent this matter is not resolved by August 7, 2008, the parties shall submit a status report concerning the progress of settlement negotiations, and, if appropriate, proposing that the stay be continued to facilitate further settlement discussions, or, proposing a schedule for further proceedings, to include a date for defendant to submit its answer to the complaint.

[1] The parties met and conferred in this matter, and counsel for plaintiff has indicated orally that he agrees with the contents of this status report. However, counsel for the Government was unable to reach counsel for plaintiff to obtain his signature on this status report, after attempting to reach him via email and telephone, and, accordingly, files this report.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Martin F. Hockey Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624
Attorneys for Defendant

July 9, 2008

CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of July 2008, I caused to be filed electronically the foregoing DEFENDANT'S STATUS REPORT with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Carrie A. Dunsmore
CARRIE A. DUNSMORE