# In the United States Court of Federal Claims

No. 07-768C
(Filed: July 10, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
ORISKA INSURANCE COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in defendant's July 9, 2008 status report, this case remains suspended. On or before August 8, 2008, the parties shall file another joint status report regarding settlement.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge