**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ORISKA INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-768C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's July 10, 2008 Order, the parties respectfully submit the following status report. On July 9, 2008, the defendant submitted a status report in this matter, requesting that the Court continue the stay of the proceedings in this matter for the purpose of pursuing settlement negotiations. The parties have engaged in some settlement negotiations in this matter, and continue to do so, including a telephonic settlement conference on June 6, 2008, and other telephonic discussions regarding settlement. Moreover, plaintiff has recently provided defendant with additional documents that will facilitate the settlement process.

The parties believe that additional discussion regarding settlement would be beneficial, and may lead to a resolution of this matter without resort to judicial action. Accordingly, the parties request that the stay be continued for an additional 45 days to facilitate further settlement discussions. To the extent this matter is not resolved by September 22, 2008, the parties shall submit a status report concerning the progress of settlement negotiations, and, if appropriate, proposing that the stay be continued to facilitate further settlement discussions, or, proposing a schedule for further proceedings, to include a date for defendant to submit its answer to the complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ James Kernan_____________
JAMES KERNAN
Kernan Professional Group, LLP
1310 Utica Street
PO Box 750
Oriskany, NY 13424

Attorney for Plaintiff

/s/ Martin F. Hockey, Jr.____________
MARTIN F. HOCKEY, JR.
Assistant Director

/s/ Carrie A. Dunsmore
CARRIE A. DUNSMORE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7576
Fax: (202) 514-8624
Attorneys for Defendant

August 7, 2008

CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of August 2008, I caused to be filed electronically the foregoing JOINT STATUS REPORT with the United States Court of Federal Claims. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/Carrie A. Dunsmore____
CARRIE DUNSMORE