# In the United States Court of Federal Claims

No. 07-768C
(Filed: August 12, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
ORISKA INSURANCE COMPANY,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' August 7, 2008 joint status report, this case remains suspended. On or before September 22, 2008, the parties shall file another joint status report regarding settlement.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge